IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANDRE SMITH,** : | |
| Petitioner, : | |
| v. : | **CIVIL ACTION 06-0590-CG-M** |
| **ALBERTO GONZALES,** : | |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** : | |
| Respondents. : | |

### ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **DISMISSED** as **MOOT**.

**DONE and ORDERED** this 12th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE