IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **ANDRE SMITH,** : | |
| Petitioner, : | |
| v. : | **CIVIL ACTION 06-0590-CG-M** |
| **ALBERTO GONZALES,** : | |
| **MICHAEL CHERTOFF,** | |
| **WARDEN DAVID O. STREIFF,** : | |
| Respondents. : | |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be dismissed without prejudice.

**DONE and ORDERED** this 12th day of March, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE